**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BARROW, OBRA** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**BARROW, FLORETHA** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-7533** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-6805** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2628 South 11th Avenue**<br>**Broadview, IL 60155** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**2628 South 11th Avenue**<br>**Broadview, IL 60155** |
| County of Residence or of the<br>Principal Place of Business:     **Cook** | County of Residence or of the<br>Principal Place of Business:     **Cook** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)          ☐ Railroad<br>☐ Corporation          ☐ Stockbroker<br>☐ Partnership          ☐ Commodity Broker<br>☐ Other_____          ☐ Clearing Bank | ☐ Chapter 7          ☐ Chapter 11          ■ Chapter 13<br>☐ Chapter 9          ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business          ☐ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br> 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br> Must attach signed application for the court's consideration<br> certifying that the debtor is unable to pay fee except in installments.<br> Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **BARROW, OBRA** <br> **BARROW, FLORETHA** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed: **Northern District of Illinois, Eastern Division** | Case Number: <br> **04-07095** | Date Filed: <br> **2/25/04** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Exhibit A** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) <br> ☐ Exhibit A is attached and made a part of this petition. |

**Signature(s) of Debtor(s) (Individual/Joint)**

X    **/s/ OBRA BARROW**
Signature of Debtor **OBRA BARROW**

X    **/s/ FLORETHA BARROW**
Signature of Joint Debtor **FLORETHA BARROW**

Telephone Number (If not represented by attorney)

**April 7, 2005**
Date

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/s/ MARC C. SHEINBAUM**     **April 7, 2005**
Signature of Attorney for Debtor(s)    Date
   **MARC C. SHEINBAUM**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X    **/s/ MARC C. SHEINBAUM** <br> Signature of Attorney for Debtor(s) <br> **MARC C. SHEINBAUM** <br> Printed Name of Attorney for Debtor(s) <br> **COHEN & KROL** <br> Firm Name <br> **105 West Madison Street** <br> **Suite 1100** <br> **Chicago, IL 60602** <br> Address <br> **312-368-0300 Fax: 312-368-4559** <br> Telephone Number <br> **April 7, 2005** <br> Date | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. <br><br> Printed Name of Bankruptcy Petition Preparer <br><br> Social Security Number (Required by 11 U.S.C.§ 110(c).) <br><br> Address <br><br> Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **OBRA BARROW,**
      **FLORETHA BARROW**

Case No. _____

                                Debtors

Chapter_____**13**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 157,000.00 | | |
| B - Personal Property | Yes | 3 | 17,025.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 153,824.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 3,739.50 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 231,518.91 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,750.00 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 174,025.00 | | |
| Total Liabilities | | | | 389,082.41 | |

In re  **OBRA BARROW,**
    **FLORETHA BARROW**

Case No. _____

_____,
             Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence located at 2628 South 11th Avenue Broadview, IL** | **100%** | **J** | **157,000.00** | **131,870.00** |

| | | |
|---|---|---|
| Sub-Total > | **157,000.00** | (Total of this page) |
| Total > | **157,000.00** | |

           **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **OBRA BARROW,**
　　　**FLORETHA BARROW**

Case No. _____

_____ ,
　　　　　　　　　　　　Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | **J** | **100.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Bank of Hillside Business Checking d/b/a The Gospel Rack (Debtors have no peraonal checking or savings accounts)** | **-** | **200.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **2 Bedroom Sets, Kitchen Set, 2 Couches, 4 Lamps, Diningroom Table, 10 Chairs, Washer & Dryer, Refrigerator, Stove, Small Appliances** | **J** | **1,400.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc. Books** | **J** | **75.00** |
| 6. | Wearing apparel. | | **Normal Men's and Women's Apparel** | **J** | **400.00** |
| 7. | Furs and jewelry. | | **Men's Watch Woman's Wedding Ring, Watch, Costume Jewelry** | **J** | **450.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | **X** | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Debtor has a Term Life Insurance Policy with no cash surrender value** | **J** | **0.00** |

　　　　　　　　　　　　　　　　　　　　　　　Sub-Total >　　　**2,625.00**
　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)

　**2**　 continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　Best Case Bankruptcy

In re   **OBRA BARROW,**
    **FLORETHA BARROW**

Case No. _____

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | | **The Gospel Rack**<br>**(See Statement of Affairs 18-25)** | J | 0.00 |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

 

                                                                            _____

Sub-Total >       **0.00**
(Total of this page)

Sheet  _1_  of  _2_  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

                                                                               Best Case Bankruptcy

In re   **OBRA BARROW,**
**FLORETHA BARROW**

Case No. _____

_____ ,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Ford F-150 Truck (72,000 miles)** | J | **7,200.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | **2 Tables, 2 Chairs, Fax Machine, File Cabinet** | J | **200.00** |
| 28. Inventory. | | **Books and Music (Inventory at the Gospel Rack) (First Bank-Hillside has a U.C.C. lien against inventory)** | J | **7,000.00** |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | **14,400.00** |
| Total > | **17,025.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **OBRA BARROW,**
　　**FLORETHA BARROW**

Case No. _____

_____ ,
　　　　　　　　　　　　　Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):　Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
☒ 11 U.S.C. §522(b)(2):　Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Residence located at 2628 South 11th Avenue Broadview, IL** | **735 ILCS 5/12-901** | **15,000.00** | **157,000.00** |
| **Cash on Hand** | | | |
| **Cash on hand** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **First Bank of Hillside Business Checking d/b/a The Gospel Rack (Debtors have no peraonal checking or savings accounts)** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Household Goods and Furnishings** | | | |
| **2 Bedroom Sets, Kitchen Set, 2 Couches, 4 Lamps, Diningroom Table, 10 Chairs, Washer & Dryer, Refrigerator, Stove, Small Appliances** | **735 ILCS 5/12-1001(b)** | **1,400.00** | **1,400.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Misc. Books** | **735 ILCS 5/12-1001(a)** | **75.00** | **75.00** |
| **Wearing Apparel** | | | |
| **Normal Men's and Women's Apparel** | **735 ILCS 5/12-1001(a)** | **400.00** | **400.00** |
| **Furs and Jewelry** | | | |
| **Men's Watch Woman's Wedding Ring, Watch, Costume Jewelry** | **735 ILCS 5/12-1001(b)** | **450.00** | **450.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1999 Ford F-150 Truck (72,000 miles)** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **7,200.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **2 Tables, 2 Chairs, Fax Machine, File Cabinet** | **735 ILCS 5/12-1001(d)** | **200.00** | **200.00** |
| **Inventory** | | | |
| **Books and Music (Inventory at the Gospel Rack) (First Bank-Hillside has a U.C.C. lien against inventory)** | **735 ILCS 5/12-1001(d) 735 ILCS 5/12-1001(b)** | **550.00 1,850.00** | **7,000.00** |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6D
(12/03)

In re    **OBRA BARROW,**                                          Case No. _____
         **FLORETHA BARROW**
_____,
                                    Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **98701313447** <br><br> **FIRST BANK-HILLSIDE** <br> P. O. Box 419048 <br> Saint Louis, MO 63141 | | J | U.C.C. Lien on Inventory <br><br> Books and Music (Inventory at the Gospel Rack) <br> (First Bank-Hillside has a U.C.C. lien against inventory) <br><br> Value $           **7,000.00** | | | | **14,176.00** | **7,176.00** |
| Account No. **20817646** <br><br> **FORD MOTOR CREDIT** <br> 3010 Highland Parkway <br> Suite 200 <br> Downers Grove, IL 60515 | | J | Automobile Loan <br><br> 1999 Ford F-150 Truck <br> (72,000 miles) <br><br> Value $           **7,200.00** | | | | **7,778.00** | **578.00** |
| Account No. **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** <br><br> **ILLINOIS DEPT. OF REVENUE** <br> 100 W. Randolph Street <br> Bankruptcy Section <br> Chicago, IL 60601 | | J | Tax Lien on Residence <br><br> Residence located at <br> 2628 South 11th Avenue <br> Broadview, IL <br><br> Value $         **157,000.00** | | | | **4,013.00** | **0.00** |
| Account No. **65-655584-00** <br><br> **U.S. MORTGAGE** <br> 5825 West Sahara Avenue <br> Las Vegas, NV 89146-3167 | | J | First Mortgage on Residence <br><br> Residence located at <br> 2628 South 11th Avenue <br> Broadview, IL <br><br> Value $         **157,000.00** | | | | **102,857.00** | **0.00** |

_1_  continuation sheets attached

Subtotal    **128,824.00**
(Total of this page)

Form B6D - Cont.
(12/03)

In re    **OBRA BARROW,**
         **FLORETHA BARROW**                                              Case No. _____

_____,
                                    Debtors

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **03 CH 20953** | | | **Arrearage on First Mortgage** | | | | | |
| **U.S. MORTGAGE** c/o Codilis & Associates, P.C. 15W030 N. Frontage Rd., Ste 100 Burr Ridge, IL 60527 | | J | **Residence located at 2628 South 11th Avenue Broadview, IL** | | | | | |
| | | | Value $              **157,000.00** | | | | **25,000.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **25,000.00** |
|---|---|---|
|  | Total (Report on Summary of Schedules) | **153,824.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E
(04/04)

In re    **OBRA BARROW,**                                                    Case No. _____
        **FLORETHA BARROW**

_____,
                                Debtors

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re   **OBRA BARROW,**                                      Case No. _____
   **FLORETHA BARROW**
                                                          ,
                                    Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **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** <br><br> **ILLINOIS DEPT. OF REVENUE** <br> **100 W. Randolph Street** <br> **Bankruptcy Section** <br> **Chicago, IL 60601** | | J | **2003** <br><br> **Sales Tax** | | | | 3,194.50 | 3,194.50 |
| Account No. **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** <br><br> **INTERNAL REVENUE SERVICE** <br> **230 South Dearborn Street** <br> **Mail Stop 5010 CHI** <br> **Chicago, IL 60604** | | J | **2004** | | | | 545.00 | 545.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 3,739.50 | |
| Total (Report on Summary of Schedules) | 3,739.50 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F
(12/03)

In re    **OBRA BARROW,**                                        Case No. _____
         **FLORETHA BARROW**

_____,
                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J·C | | | | | |
| Account No. **ACSI Box 35097 Colorado Springs, CO 80935** | | | | J | **Booth Rental** | | | | 2,000.00 |
| Account No. 153924225 **ADT SECURITY SERVICE Box 371490 Pittsburgh, PA 15250** | | | | J | | | | | 623.00 |
| Account No. 113009586 **ADT SECURITY SYSTEMS c/o Valentine & Kebartas, Inc. P. O. Box 325 Lawrence, MA 01842** | | | | J | **Security Services** | | | | 689.00 |
| Account No. **ALLIED INTERSTATE Box 436 Minneapolis, MN 55440** | | | | J | **Music** | | | | 305.00 |

|  |  |
|---|---|
| __13__ continuation sheets attached | Subtotal (Total of this page)    **3,617.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    S/N:29730-050128    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **OBRA BARROW,**
       **FLORETHA BARROW**

Case No. _____

_____,
                                      Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **0207252589001** **AT&T** **Box 78522** **Phoenix, AZ 85062** | | | J | | | | | **2,051.00** |
| Account No. **708-344-3254 D** **AT&T** **P. O. Box 8212** **Aurora, IL 60572-8212** | | H | | | | | | **169.97** |
| Account No. **ATS** **Box 462008** **Garland, TX 75046** | | | J | | | | | **360.00** |
| Account No. **AUGSBURG FORTRESS** **Box 59304** **Minneapolis, MN 55459** | | | J | | | | | **2,349.00** |
| Account No. **203657** **AUTOM** **5226 S. 31st Place** **Phoenix, AZ 85040** | | | J | | | | | **701.00** |

Sheet no. \_\_**1**\_\_ of \_\_**13**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,630.97**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re  **OBRA BARROW,**
       **FLORETHA BARROW**
                                   ,
               Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5407 3011 0269 0203**<br><br>**BANK ONE**<br>**Box 50882**<br>**Henderson, NV 89016** | | J | | | | | 10,829.00 |
| Account No.<br><br>**BAR MANAGEMENT**<br>**6408 N. Western Avenue**<br>**Chicago, IL 60645** | | J | | | | | 2,000.00 |
| Account No. **GOSRAC**<br><br>**BOOK WORLD, INC.**<br>**1941 Whittfield Park Loop**<br>**Sarasota, FL 34243** | | J | | | | | 8,336.00 |
| Account No. **108210824**<br><br>**BRINKS HOME SECURITY**<br>**P. O. Box 660418**<br>**Dallas, TX 75266-0418** | | J | | | | | 403.19 |
| Account No. **10216**<br><br>**C. JOHNSON SIGN CO.**<br>**9615 Waveland Avenue**<br>**Franklin Park, IL 60131** | | J | Repairs | | | | 2,106.00 |

Sheet no. __2__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,674.19

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **OBRA BARROW,**
    **FLORETHA BARROW**    Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4862 3622 0850 0853** <br><br> **CAPITAL ONE** <br> **Box 60000** <br> **Seattle, WA 98190** | | J | | | | | **601.00** |
| Account No. **4791 2415 5057 6859** <br><br> **CAPITAL ONE** <br> **Box 60000** <br> **Seattle, WA 98190** | | J | | | | | **1,173.00** |
| Account No. **5291 0713 4019 5237** <br><br> **CAPITAL ONE** <br> **Box 60000** <br> **Seattle, WA 98190** | | J | | | | | **3,114.00** |
| Account No. **4305 8716 6000 9315** <br><br> **CHASE** <br> **Box 52095** <br> **Phoenix, AZ 85072** | | J | | | | | **11,187.00** |
| Account No. **2573166** <br><br> **CHRYSLER FINANCIAL** <br> **c/o Riezman Berger, P.C.** <br> **7700 Bonhomme, 7th Floor** <br> **Saint Louis, MO 63105** | | J | **2001** <br> **Deficiency on 2001 Dodge Ram Van** | | | | **8,000.00** |

Sheet no. __3__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **24,075.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **OBRA BARROW,**
**FLORETHA BARROW**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 201-2573166 | | | Deficiency on 1998 Dodge Durango | | | | |
| **CHRYSLER FINANCIAL** c/o Riezman Berger, P.C. 7700 Bonhomme, 7th Floor Saint Louis, MO 63105 | X | J | | | | | 4,000.00 |
| Account No. 403611-01 | | | Ambulance | | | | |
| **CITY OF JACKSONVILLE FIRE RES** P. O. Box 863005 Orlando, FL 32886 | | W | | | | | 460.00 |
| Account No. 300261 | | | | | | | |
| **CNI DISTRIBUTOR** 5584 Mt. View Road Antioch, TN 37013 | | J | | | | | 288.00 |
| Account No. 77949 | | | Books | | | | |
| **CSS CO., INC.** 517 Main Street Lima, OH 45804 | | J | | | | | 568.00 |
| Account No. 1002606207 | | | Deficiency | | | | |
| **DAIMLER CHRYSLER SERVICES N.AMER** Box 600 Horsham, PA 19044 | | J | | | | | 4,920.00 |

Sheet no. __4__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,236.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **OBRA BARROW,**
       **FLORETHA BARROW**
                                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W / J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **DICKSONS** Box 368 Seymour, IN 47274 | | J | | | | | 3,296.00 |
| Account No. 28587941 **DIRECTV** P. O. Box 9001069 Louisville, KY 40290-1069 | | H | | | | | 354.13 |
| Account No. 6011 0075 9071 1031 **DISCOVER** Box 30395 Salt Lake City, UT 84130 | | J | | | | | 7,582.00 |
| Account No. 8513739382 **EXXON MOBIL** Box 4555 Carol Stream, IL 60197 | | J | | | | | 207.00 |
| Account No. **FAKHOURI BROTHERS** 50 Saw Grass Lemont, IL 60439 | | J | Rent | | | | 14,085.00 |

Sheet no. __5__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    25,524.13

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **OBRA BARROW,**
**FLORETHA BARROW**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5421 1601 0017 6041** | | | | | | | | |
| **FIRST CONSUMERS** **Box 3910** **Portland, OR 97208** | | J | | | | | | 5,399.00 |
| Account No. **5048 7000 0004 7520** | | | | | | | | |
| **FLEET** **Box 15368** **Wilmington, DE 19850** | | J | | | | | | 1,297.00 |
| Account No. **1016724** | | | | Rug Service | | | | |
| **G & K SERVICES** **8201 S. Cork Avenue** **Justice, IL 60458** | | J | | | | | | 121.00 |
| Account No. **60153GISPE001** | | | | Advertising | | | | |
| **GIA PUBLICATIONS** **7404 S. Mason Avenue** **Chicago, IL 60638** | | J | | | | | | 2,483.74 |
| Account No. **154900816950** | | | | Truck Rental | | | | |
| **GMAC** **Box 173793** **Denver, CO 80217** | | J | | | | | | 2,692.00 |

Sheet no. __6__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,992.74

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **OBRA BARROW,**
      **FLORETHA BARROW**
                                                    ,
                     Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **2935028724** <br><br> **HALLMARK SYSTEMS, INC.** <br> **354 Page Street** <br> **Stoughton, MA 02072** | | J | | **Office Supplies** | | | | **236.00** |
| Account No. <br><br> **HARLEM FURNITURE** <br> **c/o HRS USA** <br> **Box 17602** <br> **Baltimore, MD 21297** | | J | | | | | | **2,280.00** |
| Account No. **02090069** <br><br> **HOFFMAN BROTHERS** <br> **903 E. Springfield Road** <br> **Owensville, MO 65066** | | J | | | | | | **4,738.00** |
| Account No. **5407 9120 5429 7423** <br><br> **HOUSEHOLD BANK** <br> **P. O. Box 80084** <br> **Salinas, CA 93912-0084** | | H | | | | | | **1,816.93** |
| Account No. <br><br> **IGC/NSF** <br> **Box 41417** <br> **Philadelphia, PA 19101** | | J | | | | | | **528.00** |

Sheet no. __**7**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **9,598.93**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **OBRA BARROW,**
      **FLORETHA BARROW**
                                                  ,

Case No. _____

                      Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **FC942** <br><br> **INSPIRATION ART, INC.** <br> **320 E. Eleventh Avenue, SE** <br> **Cedar Rapids, IA 52406** | | J | Posters | | | | 920.00 |
| Account No. **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** <br><br> **IRS** <br> **Mail Stop 5010 CHI** <br> **230 S. Dearborn** <br> **Chicago, IL 60604** | | J | 1999 <br> Income Taxes | | | | 25,947.00 |
| Account No. <br><br> **JDI RECORDS** <br> **309 N. Sycamore, Ste 2** <br> **Los Angeles, CA 90036** | | J | Musix | | | | 7,006.00 |
| Account No. <br><br> **JUDSON PRESS** <br> **Box 851** <br> **Valley Forge, PA 19482** | | J | | | | | 2,232.00 |
| Account No. **87886891** <br><br> **MESSIAHS, INC.** <br> **Box 2864** <br> **Tuscaloosa, AL 35403** | | J | | | | | 528.00 |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,633.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **OBRA BARROW,**
      **FLORETHA BARROW**
                                      ,
                   Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **454850** <br><br> **NATIONAL BOOK NETWORK** <br> **Box 890510** <br> **Charlotte, NC 28289** | | | J | | Music | | | | 965.00 |
| Account No. **001757** <br><br> **NEW DAY CHRISTIAN DISTRIBUTOR** <br> **c/o Vincent Wehby, Jr.** <br> **126 Shivel drive** <br> **Hendersonville, TN 37075** | | | J | | Music | | | | 14,781.00 |
| Account No. **2316736327** <br><br> **NICOR** <br> **Box 2020** <br> **Aurora, IL 60507** | | | J | | | | | | 486.00 |
| Account No. **2-31-67-2121-2** <br><br> **NICOR GAS** <br> **P. O. Box 310** <br> **Aurora, IL 60507-0310** | | | J | | | | | | 2,847.76 |
| Account No. **6011 5642 0099 9307** <br><br> **OFFICE DEPOT CREDIT PLAN** <br> **P. O. Box 9020** <br> **Des Moines, IA 50368-9020** | | | J | | | | | | 1,757.10 |

Sheet no. __**9**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 20,836.86 |
|---|

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **OBRA BARROW,**
       **FLORETHA BARROW**                          Case No. _____

                                       Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Lease #254600** <br><br> **PREMIER CAPITAL GROUP, INC.** <br> **c/o Abendroth & Russell, P.C.** <br> **2536 73rd Street, Regency Plaza** <br> **Urbandale, IA 50322-4700** | H | | **File No. 04-02769-0** <br> **Insurance** | | | | 611.73 |
| Account No. **1099929** <br><br> **PROVIDENT MUSIC GROUP** <br> **741 Cool Spring Road** <br> **Franklin, TN 37067** | J | | | | | | 5,278.00 |
| Account No. **4121 3724 0080 0883** <br><br> **PROVIDIAN** <br> **Box 660548** <br> **Dallas, TX 75266** | J | | | | | | 4,183.00 |
| Account No. <br><br> **RICHARD A. PEVITTS** <br> **1796 W. 16th Street** <br> **Broadview, IL 60155** | J | | **Rent** | | | | 11,200.00 |
| Account No. **7503102-7083446184001** <br><br> **SBC MIDWEST** <br> **c/o Southwest Credit Systems, L.P.** <br> **5910 W. Plano Parkway, Ste 100** <br> **Plano, TX 75093-4638** | J | | | | | | 355.67 |

Sheet no. __**10**__ of __**13**__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims       (Total of this page)       **21,628.40**

Form B6F - Cont.
(12/03)

In re   **OBRA BARROW,**
   **FLORETHA BARROW**                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **01 76122 20185 4** <br><br> **SEARS CHARGE PLUS** <br> **P. O. Box 182149** <br> **Columbus, OH 43218-2149** | | H | | | | | | 741.96 |
| Account No. **11 50024 68245 4** <br><br> **SEARS CHARGE PLUS** <br> **P. O. Box 182149** <br> **Columbus, OH 43218-2149** | | H | | | | | | 1,572.98 |
| Account No. <br><br> **SEUNG W. YOO** <br> **2331 Greenview Road** <br> **Northbrook, IL 60062** | | J | Store Rent | | | | | 11,317.00 |
| Account No. **0401200087** <br><br> **SHANDS JACKSONVILLE** <br> **P. O. Box 862385** <br> **Orlando, FL 32886-2385** | | W | Medical Insurance | | | | | 1,369.90 |
| Account No. **20769** <br><br> **SWORD OF THE LORD** <br> **Box 1099** <br> **Murfreesboro, TN 37133** | | J | | | | | | 424.00 |

Sheet no. __**11**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          15,425.84

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **OBRA BARROW,**
      **FLORETHA BARROW**
                                          ,
                     Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **10975**<br><br>**TABBIES**<br>**1530 W. Glenlake Avenue**<br>**Itasca, IL 60143** | | J | | Bible Tabs | | | | 499.00 |
| Account No. **26034498**<br><br>**TASEIS DISTB. LLC**<br>**3532 N. Keysone Avenue**<br>**Indianapolis, IN 46218** | | J | | Music | | | | 4,944.00 |
| Account No. **92676303**<br><br>**THE EMORY CLINIC, INC.**<br>**P. O. Box 102398**<br>**Atlanta, GA 30368-2398** | | H | | | | | | 647.00 |
| Account No. **0623588**<br><br>**THE SHEPHERD GUIDE**<br>**12362 Beach Blvd., Ste 6**<br>**Stanton, CA 90680** | | J | | | | | | 760.00 |
| Account No. **436410**<br><br>**UMI**<br>**Box 2739**<br>**Carol Stream, IL 60132** | | J | | | | | | 5,861.00 |

Sheet no. __12__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,711.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **OBRA BARROW,**
         **FLORETHA BARROW**                                          Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1237596** | | | | | Medical | | | | |
| **UNIVERSITY OF FLORIDA** Jacksonville LPhysicians, Inc. P. O. Box 44008 Jacksonville, FL 32231-4008 | | | W | | | | | | 190.00 |
| Account No. | | | | | Music | | | | |
| **US RECORDS** Box 4661 West Hills, CA 91308 | | | J | | | | | | 354.00 |
| Account No. **504999121** | | | | | | | | | |
| **VERIZON WIRELESS** 777 Big Timber Road Elgin, IL 60123 | | | J | | | | | | 3,685.85 |
| Account No. | | | | | | | | | |
| **WARNER PRESS** Box 2499 Anderson, IN 46018 | | | J | | | | | | 1,130.00 |
| Account No. **GRACK** | | | | | | | | | |
| **WBGX RADIO** 15700 Campbell Avenue Harvey, IL 60426 | | | J | | | | | | 4,575.00 |

Sheet no. __13__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    9,934.85

Total
(Report on Summary of Schedules)    231,518.91

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **OBRA BARROW,**                                                    Case No. _____
      **FLORETHA BARROW**

_____,
                                  Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
         schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|

 

__0__ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re  **OBRA BARROW,**                                   Case No. _____
       **FLORETHA BARROW**

_____,
                                    Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **GREGGORY BARROW**<br>**Debtors' Son** | **CHRYSLER FINANCIAL**<br>**c/o Riezman Berger, P.C.**<br>**7700 Bonhomme, 7th Floor**<br>**Saint Louis, MO 63105** |

__0__  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6I
(12/03)

In re  **OBRA BARROW**
**FLORETHA BARROW**                                          Case No. _____
_____
Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| **Married** | | |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Self-employed - Owner** | **Self-employed - Co-owner** |
| Name of Employer | **THE GOSPEL RACK** | **THE GOSPEL RACK** |
| How long employed | **29 years** | **16 years** |
| Address of Employer | **2628 S. 11th Avenue** **Broadview, IL 60155** | **2628 S. 11th Avenue** **Broadview, IL 60155** |

INCOME: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **2,500.00** | $ **2,500.00** |
| Estimated monthly overtime | $ **0.00** | $ **0.00** |
| **SUBTOTAL** | $ **2,500.00** | $ **2,500.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **0.00** | $ **0.00** |
| b. Insurance | $ **0.00** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify) _____ | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **0.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ **2,500.00** | $ **2,500.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ **0.00** | $ **0.00** |
| Income from real property | $ **0.00** | $ **0.00** |
| Interest and dividends | $ **0.00** | $ **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| Social security or other government assistance (Specify) _____ | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| Pension or retirement income | $ **0.00** | $ **0.00** |
| Other monthly income (Specify) _____ | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| TOTAL MONTHLY INCOME | $ **2,500.00** | $ **2,500.00** |

TOTAL COMBINED MONTHLY INCOME    $ **5,000.00**         (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re __OBRA BARROW_____
____FLORETHA BARROW_____        Case No. _____
                                    Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,113.00 |
| Are real estate taxes included?          Yes __X__       No ___ | | |
| Is property insurance included?          Yes __X__       No ___ | | |
| Utilities:        Electricity and heating fuel | $ | 200.00 |
| Water and sewer | $ | 60.00 |
| Telephone | $ | 70.00 |
| Other      **Cable** | $ | 40.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 350.00 |
| Clothing | $ | 90.00 |
| Laundry and dry cleaning | $ | 25.00 |
| Medical and dental expenses | $ | 40.00 |
| Transportation (not including car payments) | $ | 120.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 7.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 100.00 |
| Health | $ | 610.00 |
| Auto | $ | 125.00 |
| Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
| Auto | $ | 0.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 800.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)          $ 3,750.00

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.   Total projected monthly income | $ | 5,000.00 |
| B.   Total projected monthly expenses | $ | 3,750.00 |
| C.   Excess income (A minus B) | $ | 1,250.00 |
| D.   Total amount to be paid into plan each      **Monthly** | $ | 1,250.00 |
| | (interval) | |

# United States Bankruptcy Court
### Northern District of Illinois

In re    **OBRA BARROW**
       **FLORETHA BARROW**                          Case No. _____

                                        Debtor(s)          Chapter     **13** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **28** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 7, 2005** _____      Signature    **/s/ OBRA BARROW** _____
                                                      **OBRA BARROW**
                                                      Debtor

Date   **April 7, 2005** _____      Signature    **/s/ FLORETHA BARROW** _____
                                                        **FLORETHA BARROW**
                                                      Joint Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **OBRA BARROW**
**FLORETHA BARROW**
_____          Case No.    _____
                                    Debtor(s)       Chapter        **13**    _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

_DEFINITIONS_

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐        State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$10,000.00** | **2005 - Joint Income** |
| **$50,000.00** | **2004 - Joint Income** |
| **$72,000.00** | **2003 - Joint Income** |
| **$88,000.00** | **2002 - Joint Income** |

**2. Income other than from employment or operation of business**

None
■        State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

2

### 3. Payments to creditors

None ☐    a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **U.S. Mortgage** **5825 West Sahara Avenue** **Las Vegas, NV 89146-3167** | **Monthly** | **$1,113.00** | **$102,857.00** |
| **Minimum Payments to other Creditors** | | **$0.00** | **$0.00** |

None ■    b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **U.S. Mortgage vs. Barrow** **No. 03 CH 20953** | **Foreclosure** | **Circuit Court of Cook County, Illinois** **County Department, Chancery Division** | **Pending** |
| **Provident Music Group vs Barrow** | **Collections** | **Circuit Court of Cook County, Illinois** | **Pending** |
| **Seung Won Yoo vs. Barrow** | **Collections** | **Circuit Court of Cook County, Illinois** | **Pending** |
| **IRS (ACS Support) vs. Barrow** | **Collection** | **Circuit Court of Cook County, Illinois** | **Pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **CHRYSLER FINANCIAL** | **August, 2004** | **1998 Dodge Durango repossessed** |

3

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **CHRYSLER FINANCIAL** | **November, 2004** | **2001 Dodge Ram Van repossessed** |

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **COHEN & KROL**<br>**105 West Madison Street**<br>**Suite 1100**<br>**Chicago, IL 60602** | **March 28, 2005** | **$194.00 - Filing Fee**<br>**$806.00 - Pd. 3/28/05**<br>**$1,394.00 - Balance to be paid thru plan** |

4

**10. Other transfers**

None
■

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **THE GOSPEL RACK** | | **2628 S. 11th Avenue Broadview, IL 60155** | **Sales of christian books and music** | **1979 - Present** |

6

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐
a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED
**MEANS INCOME TAX SERVICE**
**2019 Thrift Road**
**Charlotte, NC 28208**

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                              DATES SERVICES RENDERED

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                                ADDRESS

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                                   DATE ISSUED

**20. Inventories**

None
☐
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR                DOLLAR AMOUNT OF INVENTORY
**Liquidation of inventory of The**                                (Specify cost, market or other basis)
**Gospel Rack - Books & Music**                                    **$7,000.00**

None
☐
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                                                   NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                                  RECORDS
**Liquidation of inventory of The Gospel Rack - Books &**          **Barrow**
**Music**

7

**21 . Current Partners, Officers, Directors and Shareholders**

None
☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **OBRA BARROW**<br>**2628 S. 11th Avenue**<br>**Broadview, IL 60155** | **Owner** | **50%** |
| **FLORETHA BARROW**<br>**2628 S. 11th Avenue**<br>**Broadview, IL 60155** | **Owner** | **50%** |

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| **Debtors' income is from The Gospel Rack**<br><br>**Business** | **Income - See Schedule "I"** | **2004 - $6,000/Month**<br>**2005 - $5,000/Month** |

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

8

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __**April  7, 2005**__          Signature  __**/s/ OBRA BARROW**__

                                                           **OBRA BARROW**
                                                           Debtor

Date  __**April  7, 2005**__          Signature  __**/s/ FLORETHA BARROW**__

                                                           **FLORETHA BARROW**
                                                           Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## United States Bankruptcy Court
### Northern District of Illinois

In re    **OBRA BARROW**
**FLORETHA BARROW**
_____
Debtor(s)

Case No. _____

Chapter    **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,200.00** |
| Prior to the filing of this statement I have received | $ | **806.00** |
| Balance Due | $ | **1,394.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **April  7, 2005**    _____

**/s/ MARC C. SHEINBAUM**
**MARC C. SHEINBAUM**
**COHEN & KROL**
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
**312-368-0300  Fax: 312-368-4559**

---

# United States Bankruptcy Court
### Northern District of Illinois

In re **OBRA BARROW**
**FLORETHA BARROW**

Debtor(s)

Case No.
Chapter     **13**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                      **85**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **April  7, 2005**                    **/s/ OBRA BARROW**
                                             **OBRA BARROW**
                                             Signature of Debtor

Date:  **April  7, 2005**                    **/s/ FLORETHA BARROW**
                                             **FLORETHA BARROW**
                                             Signature of Debtor

ACSI
Box 35097
Colorado Springs, CO 80935

ADT SECURITY SERVICE
Box 371490
Pittsburgh, PA 15250

ADT SECURITY SYSTEMS
c/o Valentine & Kebartas, Inc.
P. O. Box 325
Lawrence, MA 01842

ALLIED INTERSTATE
Box 436
Minneapolis, MN 55440

AMO RECOVERIES
7067 W. Broward Blvd., Ste C
Plantation, FL 33317

ARSI
P. O. Box 1025
Thousand Oaks, CA 91358

AT&T
Box 78522
Phoenix, AZ 85062

AT&T
P. O. Box 8212
Aurora, IL 60572-8212

ATS
Box 462008
Garland, TX 75046

AUGSBURG FORTRESS
Box 59304
Minneapolis, MN 55459

AUTO ...
5220 Summit Place
Phoenix, AZ 85040

BANK ONE
Box 50882
Henderson, NV 89016

BAR MANAGEMENT
6408 N. Western Avenue
Chicago, IL 60645

BOOK WORLD, INC.
1941 Whittfield Park Loop
Sarasota, FL 34243

BRINKS HOME SECURITY
P. O. Box 660418
Dallas, TX 75266-0418

C. JOHNSON SIGN CO.
9615 Waveland Avenue
Franklin Park, IL 60131

CAPITAL ONE
Box 60000
Seattle, WA 98190

CAPITAL ONE
Box 60000
Seattle, WA 98190

CAPITAL ONE
Box 60000
Seattle, WA 98190

CHASE
Box 52095
Phoenix, AZ 85072

CHRYSLER FINANCIAL
c/o Riezman Berger, P.C.
7700 Bonhomme, 7th Floor
Saint Louis, MO 63105

CHRYSLER FINANCIAL
c/o Riezman Berger, P.C.
7700 Bonhomme, 7th Floor
Saint Louis, MO 63105

CITY OF JACKSONVILLE FIRE RE
P. O. Box 863005
Orlando, FL 32886

CNI DISTRIBUTOR
5584 Mt. View Road
Antioch, TN 37013

CSS CO., INC.
517 Main Street
Lima, OH 45804

D&B RMS
340 Interstate N. Parkway
P. O. Box 723001
Atlanta, GA 31139-0001

DAIMLER CHRYSLER SERVICES N
Box 600
Horsham, PA 19044

DICKSONS
Box 368
Seymour, IN 47274

DIRECTV
P. O. Box 9001069
Louisville, KY 40290-1069

DIRECTV c/o Nationwide Credit, In
11080 Magnolia Avenue
Riverside, CA 92505-3047

DISCOVER
Box 30395
Salt Lake City, UT 84130

GMAC
Box 130783
Denver, CO 80217

IRS
Mail Stop 5010 CHI
230 S. Dearborn
Chicago, IL 60604

EXXON MOBIL
Box 4555
Carol Stream, IL 60197

HALLMARK SYSTEMS, INC.
354 Page Street
Stoughton, MA 02072

JDI RECORDS
309 N. Sycamore, Ste 2
Los Angeles, CA 90036

FAKHOURI BROTHERS
50 Saw Grass
Lemont, IL 60439

HARLEM FURNITURE
c/o HRS USA
Box 17602
Baltimore, MD 21297

JUDSON PRESS
Box 851
Valley Forge, PA 19482

Financial Asset Management Systems,
1967 Lakeside Parkway
Suite 400
Tucker, GA 30084

HOFFMAN BROTHERS
903 E. Springfield Road
Owensville, MO 65066

M.R.S. ASSOCIAES, INC.
P. O. Box 8583
Cherry Hill, NJ 08002-0583

FIRST BANK-HILLSIDE
P. O. Box 419048
Saint Louis, MO 63141

HOUSEHOLD BANK
P. O. Box 80084
Salinas, CA 93912-0084

MESSIAHS, INC.
Box 2864
Tuscaloosa, AL 35403

FIRST CONSUMERS
Box 3910
Portland, OR 97208

IGC/NSF
Box 41417
Philadelphia, PA 19101

NATIONAL BOOK NETWORK
Box 890510
Charlotte, NC 28289

FLEET
Box 15368
Wilmington, DE 19850

ILLINOIS DEPT. OF REVENUE
100 W. Randolph Street
Bankruptcy Section
Chicago, IL 60601

NCO FINANCIAL SYSTEMS, INC.
507 Prudential Road
Horsham, PA 19044

FORD MOTOR CREDIT
3010 Highland Parkway
Suite 200
Downers Grove, IL 60515

ILLINOIS DEPT. OF REVENUE
100 W. Randolph Street
Bankruptcy Section
Chicago, IL 60601

NEW DAY CHRISTIAN DISTRIBUT
c/o Vincent Wehby, Jr.
126 Shivel drive
Hendersonville, TN 37075

G & K SERVICES
8201 S. Cork Avenue
Justice, IL 60458

INSPIRATION ART, INC.
320 E. Eleventh Avenue, SE
Cedar Rapids, IA 52406

NICOR
Box 2020
Aurora, IL 60507

GIA PUBLICATIONS
7404 S. Mason Avenue
Chicago, IL 60638

INTERNAL REVENUE SERVICE
230 South Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604

NICOR GAS
P. O. Box 310
Aurora, IL 60507-0310

OFFICE DEPOT COMMERCIAL
P. O. Box 9163
Des Moines, IA 50368-9163

SHANDS JACKSONVILLE
P. O. Box 862385
Orlando, FL 32886-2385

UNIVERSITY OF FLORIDA
Jacksonville LPhysicians, Inc.
P. O. Box 44008
Jacksonville, FL 32231-4008

OFFICE DEPOT CREDIT PLAN
P. O. Box 9020
Des Moines, IA 50368-9020

SWORD OF THE LORD
Box 1099
Murfreesboro, TN 37133

US RECORDS
Box 4661
West Hills, CA 91308

PREMIER CAPITAL GROUP, INC.
c/o Abendroth & Russell, P.C.
2536 73rd Street, Regency Plaza
Urbandale, IA 50322-4700

TABBIES
1530 W. Glenlake Avenue
Itasca, IL 60143

VERIZON WIRELESS
777 Big Timber Road
Elgin, IL 60123

PROVIDENT MUSIC GROUP
741 Cool Spring Road
Franklin, TN 37067

TASEIS DISTB. LLC
3532 N. Keysone Avenue
Indianapolis, IN 46218

WARNER PRESS
Box 2499
Anderson, IN 46018

PROVIDIAN
Box 660548
Dallas, TX 75266

THE EMORY CLINIC, INC.
P. O. Box 102398
Atlanta, GA 30368-2398

WBGX RADIO
15700 Campbell Avenue
Harvey, IL 60426

RICHARD A. PEVITTS
1796 W. 16th Street
Broadview, IL 60155

THE SHEPHERD GUIDE
12362 Beach Blvd., Ste 6
Stanton, CA 90680

SBC MIDWEST
c/o Southwest Credit Systems, L.P.
5910 W. Plano Parkway, Ste 100
Plano, TX 75093-4638

TRANSWORLD SYSTEMS, INC.
25 Northwest Point Blvd., #750
Elk Grove Village, IL 60007

SEARS CHARGE PLUS
P. O. Box 182149
Columbus, OH 43218-2149

U.S. MORTGAGE
5825 West Sahara Avenue
Las Vegas, NV 89146-3167

SEARS CHARGE PLUS
P. O. Box 182149
Columbus, OH 43218-2149

U.S. MORTGAGE
c/o Codilis & Associates, P.C.
15W030 N. Frontage Rd., Ste 100
Burr Ridge, IL 60527

SEUNG W. YOO
2331 Greenview Road
Northbrook, IL 60062

UMI
Box 2739
Carol Stream, IL 60132