IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Barrow, Obra | Case Number: 05 B 13102 |
|---|---|---|
| | Barrow, Floretha | Judge: Hollis, Pamela S |
| | Printed: 6/10/08 | Filed: 4/7/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 3, 2008
Confirmed: July 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 35,165.00 | |
| Secured: | | 32,063.58 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,394.00 |
| Trustee Fee: | | 1,707.37 |
| Other Funds: | | 0.05 |
| Totals: | 35,165.00 | 35,165.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Cohen & Krol | Administrative | 1,394.00 | 1,394.00 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Secured | 3,075.27 | 2,228.26 |
| 4. | Bank Of America | Secured | 29,069.28 | 20,851.45 |
| 5. | Ford Motor Credit Corporation | Secured | 7,270.69 | 3,780.88 |
| 6. | First Bank | Secured | 7,340.11 | 5,202.99 |
| 7. | Illinois Dept of Revenue | Priority | 2,724.64 | 0.00 |
| 8. | Illinois Dept of Revenue | Priority | 1.92 | 0.00 |
| 9. | Nicor Gas | Unsecured | 149.48 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 2,921.16 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 1,118.84 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 781.50 | 0.00 |
| 13. | Bar Management | Unsecured | 0.00 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 228.09 | 0.00 |
| 15. | Hoffman Brothers | Unsecured | 501.30 | 0.00 |
| 16. | New Day Christian Distributor | Unsecured | 1,496.12 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 157.30 | 0.00 |
| 18. | Dicksons | Unsecured | 332.71 | 0.00 |
| 19. | Ford Motor Credit Corporation | Unsecured | 1,658.77 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 1,082.93 | 0.00 |
| 21. | Illinois Dept of Revenue | Unsecured | 62.82 | 0.00 |
| 22. | Verizon Wireless | Unsecured | 162.27 | 0.00 |
| 23. | Illinois Dept of Revenue | Unsecured | 3.53 | 0.00 |
| 24. | Provident Music Group | Unsecured | 472.21 | 0.00 |
| 25. | Internal Revenue Service | Priority | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Barrow, Obra | Case Number: 05 B 13102 |
|---|---|---|
| | Barrow, Floretha | Judge: Hollis, Pamela S |
| | Printed: 6/10/08 | Filed: 4/7/05 |

| # | Creditor | Type | Claim Status |
|---|---|---|---|
| 26. | Capital One | Unsecured | No Claim Filed |
| 27. | ACSI | Unsecured | No Claim Filed |
| 28. | ADT Security Systems | Unsecured | No Claim Filed |
| 29. | AT&T | Unsecured | No Claim Filed |
| 30. | Allied Interstate Inc | Unsecured | No Claim Filed |
| 31. | Augsburg Fortress | Unsecured | No Claim Filed |
| 32. | Valentine & Kebartas Inc | Unsecured | No Claim Filed |
| 33. | Autom | Unsecured | No Claim Filed |
| 34. | Brinks | Unsecured | No Claim Filed |
| 35. | Book World | Unsecured | No Claim Filed |
| 36. | ATS Services | Unsecured | No Claim Filed |
| 37. | C Johnson Sign Co | Unsecured | No Claim Filed |
| 38. | AT&T | Unsecured | No Claim Filed |
| 39. | Capital One | Unsecured | No Claim Filed |
| 40. | DaimlerChrysler Servs North America | Unsecured | No Claim Filed |
| 41. | City Of Jacksonville Fire Res | Unsecured | No Claim Filed |
| 42. | DaimlerChrysler Servs North America | Unsecured | No Claim Filed |
| 43. | CNI Distributor | Unsecured | No Claim Filed |
| 44. | Direct Tv | Unsecured | No Claim Filed |
| 45. | CSS Co | Unsecured | No Claim Filed |
| 46. | Exxon | Unsecured | No Claim Filed |
| 47. | Capital One | Unsecured | No Claim Filed |
| 48. | First Consumers National Bank | Unsecured | No Claim Filed |
| 49. | DaimlerChrysler Servs North America | Unsecured | No Claim Filed |
| 50. | General Motors Acceptance Corp | Unsecured | No Claim Filed |
| 51. | G&K Services | Unsecured | No Claim Filed |
| 52. | Gia Publications | Unsecured | No Claim Filed |
| 53. | Fleet Credit Card Service | Unsecured | No Claim Filed |
| 54. | University Of Florida | Unsecured | No Claim Filed |
| 55. | Household Bank FSB | Unsecured | No Claim Filed |
| 56. | Inspiration Art | Unsecured | No Claim Filed |
| 57. | IGC | Unsecured | No Claim Filed |
| 58. | Fakhouri Brothers | Unsecured | No Claim Filed |
| 59. | JDI Records | Unsecured | No Claim Filed |
| 60. | Judson Press | Unsecured | No Claim Filed |
| 61. | National Book Network | Unsecured | No Claim Filed |
| 62. | Sears Roebuck & Co | Unsecured | No Claim Filed |
| 63. | Nicor Gas | Unsecured | No Claim Filed |
| 64. | Messiahs Inc | Unsecured | No Claim Filed |
| 65. | Office Depot | Unsecured | No Claim Filed |
| 66. | Richard Pevitts | Unsecured | No Claim Filed |
| 67. | Southwest Credit Systems | Unsecured | No Claim Filed |
| 68. | Warner Press | Unsecured | No Claim Filed |
| 69. | Shands Jacksonville | Unsecured | No Claim Filed |
| 70. | Providian Processing | Unsecured | No Claim Filed |
| 71. | Premier Capital Group Inc | Unsecured | No Claim Filed |
| 72. | Seung Yoo | Unsecured | No Claim Filed |
| 73. | Sword Of The Lord | Unsecured | No Claim Filed |
| 74. | Taseis Distributing | Unsecured | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Barrow, Obra | Case Number: 05 B 13102 |
|---|---|---|
| | Barrow, Floretha | Judge: Hollis, Pamela S |
| | Printed: 6/10/08 | Filed: 4/7/05 |

| | | | | |
|---|---|---|---|---|
| 75. | The Shepherd Guide | Unsecured | | No Claim Filed |
| 76. | UMI | Unsecured | | No Claim Filed |
| 77. | Emory Clinic Inc | Unsecured | | No Claim Filed |
| 78. | US Records | Unsecured | | No Claim Filed |
| 79. | WBGX Radio | Unsecured | | No Claim Filed |
| 80. | Tabbies | Unsecured | | No Claim Filed |
| 81. | Hallmark | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 62,004.94 | $ 33,457.58 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 154.80 |
| 5.5% | 446.87 |
| 5% | 336.75 |
| 4.8% | 390.95 |
| 5.4% | 378.00 |
| | _____ |
| | $ 1,707.37 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

